UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Phillip Raspperry,<br><br>    Petitioner,<br><br>  v.<br><br>Jeremy Bean, *et al.*,<br><br>    Respondents. | Case No. 2:25-cv-00110-RFB-BNW<br><br>**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

In this habeas corpus action, Petitioner Kevin Phillip Raspperry, represented by appointed counsel, filed an Application to Proceed *in Forma Pauperis* on April 24, 2025. ECF No. 12. Based upon the information filed in the application, the Court determines that Raspperry qualifies for *in forma pauperis* status.

**IT IS THEREFORE ORDERED** that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 12) is **GRANTED**. Petitioner will not be required to pay the filing fee for this action.

DATED THIS  4   day of        June        , 2025.

RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE

1