UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Phillip Raspperry,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Jeremy Bean, *et al.*,<br><br>　　　　Respondents. | Case No. 2:25-cv-00110-RFB-BNW<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

In this habeas corpus action, Petitioner Kevin Phillip Raspperry, represented by appointed counsel, was due to file an amended habeas petition by July 8, 2025. On July 8, Raspperry filed a motion for extension of time, requesting an extension to September 8, a 62-day extension. This would be the first extension of this deadline. Raspperry's counsel states that the extension is necessary because of the complex and voluminous record and counsel's obligations in other cases. Raspperry's counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant the motion for extension of time.

In granting this—or any—motion for extension of time, the Court does not mean to comment upon, or affect in any way, the operation of any statute of limitations applicable to this case.

///

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 14) is **GRANTED**. Petitioner will have until **September 8, 2025**, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 9, 2025 (ECF No. 11) will remain in effect.

DATED THIS __16__ day of __July__, 2025.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE