**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

***

| | |
|---|---|
| Kevin Phillip Raspperry, | Case No. 2:25-cv-00110-RFB-BNW |
| Petitioner, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| Jeremy Bean, *et al.*, | |
| Respondents. | |

In this habeas corpus action, on December 5, 2025, Petitioner Kevin Phillip Raspperry, represented by appointed counsel, filed an amended habeas petition. See ECF No. 26. The Respondents were due to file a response by February 3, 2026. See ECF No. 11 (60 days for response). On February 2, Respondents filed a motion for extension of time, requesting a 62-day extension, to April 6. See ECF No. 28. Respondents' counsel states that the extension is necessary because of their other obligations and that Mr. Raspperry does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 28) is **GRANTED** *nunc pro tunc*. Respondents will have until and including April 6, 2026, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered April 9, 2025 (ECF No. 11) will remain in effect.

DATED THIS 3rd day of February, 2026.

_____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**

1