**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*   \*   \*

| | |
|---|---|
| KEVIN PHILLIP RASPPERRY, | Case No. 2:25-cv-00110-RFB-BNW |
| Petitioner, | |
| v. | **ORDER** |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Kevin Phillip Raspperry, who is represented by appointed counsel, filed a First Amended Petition for Writ of Habeas Corpus on December 5, 2025. ECF No. 26. Respondents were scheduled to respond to Raspperry's first amended petition by April 6, 2026. See ECF No. 29. On April 6, Respondents filed a motion for extension of time for their response to the first amended petition. ECF No. 34.

On March 2, 2026, the Court granted Raspperry leave of court to conduct certain discovery, and that discovery has apparently been completed. See ECF No. 35. On April 21, 2026, however, Raspperry filed a motion requesting leave of court to conduct further discovery. ECF No. 36. Respondents' response to that motion was due May 5, 2026. See LR 7-2(b). On May 5, Respondents filed a motion for extension of time, requesting a 30-day extension, to June 4, 2026, for their response. ECF No. 37. Respondents' counsel states that the extension of time is necessary because of obligations in other cases, and counsel represents that Raspperry does not oppose the extension. Finding that the motion for extension of time is made in good faith and not solely for the purpose of delay, the Court will grant the motion and extend to June 4 the time for Respondents' response to the discovery motion.

On March 3, 2026, Raspperry filed a motion for leave to file a second amended habeas petition. ECF No. 31. Raspperry explains in that motion that he has received a report from a psychologist that relates to his claim that his trial counsel provided ineffective assistance at

1

sentencing by failing to retain a psychological expert, and he also states that further discovery could yield information to be incorporated into his petition. See id. at 2–3; see also ECF No. 26 at 29–33. Respondents filed an opposition to the motion for leave to amend, and Raspperry replied. ECF Nos. 32, 33. Under the circumstances, the Court will deny the motion for leave to file a second amended habeas petition, without prejudice. Because Raspperry's request to amend is partly grounded on his wish to incorporate into his petition information obtained through further discovery, in the interest of conserving resources of both the parties and the Court, any further amendment of the petition should follow the conclusion of any further discovery. Rasperry may file a new motion for leave to file a second amended petition after the motion to conduct further discovery is resolved and after any further discovery is completed.

The Court will vacate the deadline for Respondents to file a response to Raspperry's first amended habeas petition. Respondents' motion to extend the time for that response will be denied as moot. The Court will set a new due date for Respondents to respond to the first amended petition if and when that becomes necessary.

The Court does not in this order comment upon, or affect in any manner, the operation of any applicable statute of limitations. Raspperry's motion for leave to file a second amended petition does not appear to be occasioned by any perceived impending statute-of-limitations deadline. If and when Rasperry believes amendment to be necessary to avoid a statute-of-limitations bar—or for any other reason he believes it necessary—he may file a new motion for leave to file a second amended petition and explain.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Leave to File Second Amended Petition (ECF No. 31) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Respondents' Motion for Enlargement of Time to File Response to Renewed Motion for Leave to Conduct Discovery (ECF No. 37) is **GRANTED**. Respondents will have until and including **June 4, 2026**, to file a response to Petitioner's Renewed Motion for Leave to Conduct Discovery (ECF No. 36).

///

///

2

**IT IS FURTHER ORDERED** that Respondents will not be required to respond to Petitioner's first amended habeas petition at this time. Respondents' Motion for Enlargement of Time to File Response to First Amended Petition (ECF No. 34) is **DENIED** as moot.

        **DATED**: May 11, 2026.

                                                                    _____
                                                                    **RICHARD F. BOULWARE, II,**
                                                                    **UNITED STATES DISTRICT JUDGE**